

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00120-CV

ANGIE SPARKS, Appellant

V.

SOUTHWIRE COMPANY, LLC AND
UNITED RECREATION AND MOBILE
HOME CENTER, INC., D/B/A UNITED
RV CENTER AND UNITED RV FORT
WORTH, Appellees

§ On Appeal from the 236th District Court

§ of Tarrant County (236-322296-20)

§ November 14, 2024

§ Memorandum Opinion by Chief Justice Sudderth

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Angie Sparks shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth